UNITED STATES TRUST COMPANY OF NEW YORK, Respondent, *v.* MARTINDALE REAL ESTATE COMPANY, Appellant, Impleaded with Others.

*U. S. Trust Co. of New York* v. *Martindale Real Estate Co.*, 166 App. Div. 920, affirmed.

(Argued October 16, 1917; decided October 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage upon real property. The defendant Martindale Real Estate Company contended that the action was prematurely brought in that the plaintiff, by the acceptance · of interest from time to time since the due date of the mortgage, thereby extended the time of payment of the principal thereof to the respective succeeding interest dates and that no foreclosure action for non-payment

of principal could be brought during the intervening period. Specifically, its contention was that interest having been paid up to and including April 1, 1913, the time of payment of the principal was extended to the succeeding interest date, namely, October 1, 1913. The defendant offered no proof that the time of payment of the principal had been extended by any parol or written agreement or that any consideration had been paid for the extension claimed.

*Franklin Bien* for appellant.

*H. K. Davenport* and *Lewis G. Wallace* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.